**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | CASE NO: 11-43375-399  Chapter 13 |
|     MICHAEL R LIGHT ) | |
| ) | Trustee's Objection to Confirmation |
| ) | |
| ) | Original confirmation hearing |
| Debtor(s) ) | set for Jun 15, 2011 10:00 AM |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF 1ST AMENDED PLAN**

    **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. Debtor lacks sufficient income to fund the plan.
2. Per schedules I and J, monthly expenses exceed monthly income such that debtor is not able to make plan payments. 11 U.S.C. Section 1325(a)(6). If debtor does make plan payments, schedules I and J must be significantly incorrect and should be amended.
3. DEBTOR HAS NOT TURNED OVER POST PETITION REFUND TO TRUSTEE.

    **WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

```
                                        /s/ John V. LaBarge, Jr.
KLW-221                                 --------------------------------
                                        John V LaBarge Jr
Copy served on the following either     Chapter 13 Trustee
through the Court's ECF system or by    P.O. Box 430908
ordinary mail on June 6, 2011     :     St. Louis, MO 63143    (314) 781-8100
                                        trust33@ch13stl.com   Fax:(314) 781-8881
LEGAL HELPERS PC
515 OLIVE ST
STE 702
ST LOUIS MO  63101

MICHAEL R LIGHT
2 FLORENTINE CT
FLORISSANT MO  63031
```